# EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Bonnie R. Kim
Associate

Direct Dial: (212) 561-3605
Email: bkim@evw.com

August 13, 2009

Honorable Jed S. Rakoff
United States District Court
United States Courthouse
500 Pearl Street
Room 1340
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09
```

Re: Bulk Harbour Shipping Inc. v. Mercantile Marine Management Ltd.
    Case No: 09 Civ. 6292 (JSR) Filed Under Seal

Dear Judge Rakoff:

The firm of Eaton & Van Winkle LLP represents the plaintiff, Bulk Harbour Shipping Inc. ("Plaintiff") in the above-referenced action against Mercantile Marine Management Ltd. ("Defendant").

Defendant has not filed or served an answer or motion for summary judgment in this matter. Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiff has filed, via the Sealed Records office, a Notice of Voluntary Dismissal without Prejudice.

This letter submits a courtesy copy of Plaintiff's Notice of Voluntary Dismissal without Prejudice.

We also take this opportunity to respectfully request that the Clerk be directed to unseal the case.

Thank you for your time and consideration.

Respectfully submitted,

Bonnie R. Kim

Enclosure

SO ORDERED

USDJ
8-14-09